UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
NOV 05 2020
U.S. DISTRICT COURT
NEW HAVEN, CT

**CIVIL RIGHTS COMPLAINT**

Joel Furst
_____,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

NOV 17 2020 PM 1:18
FILED-USDC-CT-New_Haven

v. State of Connecticut Department of Mental Health And Addiction Services

Case No. 3:20CV1718 (MPS)
(To be supplied by the court)

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

**A. PARTIES**

1. Joel Furst (Plaintiff) is a citizen of Connecticut (State) who presently resides at 96 Myrtle Ave Apt 12 Stamford, CT 06902 (mailing address).

2. Defendant Dept of Mental Health + Addiction Serv (name of first defendant) is a citizen of Connecticut (State) whose address is 410 Capitol Ave Hartford, CT 06134, and who is employed as employee of the State of Connecticut (title and place of employment).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? \_\_\_\_Yes \_✗\_No. If your answer is "Yes," briefly explain:

_____

_____


3. Defendant _____ is a citizen of _____
                           (name of second defendant)                                (State)

whose address is _____

and who is employed as _____.
                           (title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? \_\_\_\_Yes \_\_\_\_No. If your answer is "Yes," briefly explain:

_____

_____

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   \_✗\_\_\_ 42 U.S.C. § 1983 (applies to state defendants)

   _____ ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

AT Mental Health in Stamford. State run. A Social worker and I fell in love. I bought her an engagement bracelet on Greenwich Ave in Greenwich. I was arrested. She never consulted.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Have Good Friends, Miley Cyrus from Malibu Taylor Swift in New York And Britney Spears. All afraid to perhaps come into Stamford and get married.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

I have been arrested on the sidewalk, near a State run Mental Health. Claiming a Protective order for this social worker though she nowhere when it came to court. Initially the claims commissioner passed this lawsuit against this Dept. of Mental Health and Addison Services. The Attorney (office) General refused to investigate.

3

**Claim II:** This Agency has caused more people to be Addicted (especially cigerettes) than Any other who do not claim to be Addiction Services

**Supporting Facts:** Every last Mental Health person using this Agency is now Addicted to at least cigerettes, some more. I WASN'T.

**Claim III:** The social worker originally involved tried to bring in a heavy Cocaine Man. Was quickly sent out.

**Supporting Facts:** This person from Bethel, CT has caused much harm. The State of Connecticut doesn't care. More recently under President Trump New England and New York are getting the kind of harm meant here.

## E. REQUEST FOR RELIEF

I request the following relief: The kind of harm These people have Done, here $1.5 Billion Total

## F. JURY DEMAND

Do you wish to have a jury trial?   Yes  X       No ____

_____X_____      _____Joel Furst_____
Original signature of attorney (if any)      Plaintiff's Original Signature

_____      _____Joel Furst_____
Printed Name                                         Printed Name

_____      96 Myrtle Ave Apt 12 Stamford CT 06902
( )                                                              ( ) 203 217 5948
Attorney's full address and telephone      Plaintiff's full address and telephone

_____      Furst1553@yahoo.com
Email address if available                  Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Darien Post Office on 10/26/20.
Darien, CT  (location)                                    (date)

_____Joel_____
                                                Plaintiff's Original Signature

(Rev. 3/21/16)

5

Additional Note

Had some trouble City of Stamford Agency

Lawsuit sent Back

Threatened Home, Jail, Rape of Neighbor here on Myrtle Ave today Fri Nov 13

Joel